**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1390**

CARLA T. LEWIS,

Plaintiff - Appellant,

v.

MICHELLE DAVIS, Insurance Agent/CISR Elite; RIVERLAND INSURERS, Insurance Company; CROXTON, ELLIOTT AND DAINGERFIELD, INC., trading as Riverland Insurers; ROY SMITH, AIC-VPIA; VIRGINIA PROPERTY INSURANCE ASSOCIATION INC.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David J. Novak, District Judge. (3:20-cv-00591-DJN)

Submitted: June 29, 2021                    Decided: July 1, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Carla T. Lewis, Appellant Pro Se. Tracy Taylor Hague, Richmond, Virginia, Michael David Pierce, VANDEVENTER BLACK, LLP, Norfolk, Virginia; Gary Robert Reinhardt, KALBAUGH, PFUND & MESSERSMITH, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carla T. Lewis seeks to appeal the district court's order granting Defendants' motions to dismiss Lewis' complaint alleging Defendants failed to properly address water damage and mold in Lewis' home. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on February 2, 2021. Lewis filed the notice of appeal on March 22, 2021. *See* Fed. R. App. P. 4(d) (providing notice of appeal mistakenly filed in court of appeals is considered filed in district court on date so noted). Because Lewis failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we grant Appellees' motions to dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*